UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

**TRAVCO INSURANCE COMPANY a/s/o KENNETH YAGER,**

*Plaintiff,*

-vs-

**COOPER LIGHTING, LLC,**

*Defendant.*

**STIPULATION OF DISCONTINUANCE**

Civil Action No.
5:09-CV-546 (NAM/GHL))

---

**IT IS HEREBY STIPULATED**, by and between the undersigned, the attorneys of record for Travco Insurance Company a/s/o Kenneth Yager and Defendant Cooper Lighting, LLC that whereas no party is an infant, incompetent, or person for whom a committee has been appointed and no person not a party has an interest in the subject matter of this action, that this action be, and the same hereby is discontinued with prejudice, and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

DATED: ~~November~~ __, 2009

**LAW OFFICE OF LAURIE OGDEN**

By: _/s/ Joseph R. Pacheco, II_
Joseph R. Pacheco, II (507836)
Attorney for Plaintiff
441 South Salina Street, Suite 290
The Galleries of Syracuse
Box 364, 2nd Floor
Syracuse, New York  13202
Telephone: (315)424-7209
Facsimile: (315) 424-5553
E-Mail: *jrpachec@travelers.com*

DATED: ~~November~~ December 29, 2009

**HISCOCK & BARCLAY, LLP**

By: _/s/ Alan R. Peterman_
Alan R. Peterman (102358)
Attorney for Defendant
300 South State Street
Syracuse, New York  13202
Telephone: (315) 425-2775
Facsimile: (315) 425-8575
E-Mail: *apeterman@hblaw.com*

IT IS SO ORDERED:

_/s/ Neal P. McCurn_
Neal P. McCurn
U.S. District Judge
Dated: December 30, 2009
  Syracuse, NY